IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| Ming D&Y Inc. | ) | |
|    Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| Amazon.com Services LLC | ) | |
|  c/o Registered Agent | ) | |
|  CSC, 100 Shockoe Slip | ) | |
|  Richmond, VA 23219-4100 | ) | |
|    Defendant | ) | |

COMPLAINT FOR PATENT INFRINIGEMENT

Plaintiff Ming D&Y Inc. asks for judgment in its favor, and against the Defendant, on the following complaint:

The Parties, Jurisdiction & Venue

1. The plaintiff Ming D&Y Inc. ("Ming") is a corporation of the State of California having its main place of business at 39420 Liberty St., Suite 139, Fremont, CA 94538.

2. The defendant Amazon.com Services LLC ("Amazon") is a limited liability company of the State of Delaware having its main place of business at 401 Terry Ave. N, Seattle, Washington 98109, is authorized to do business in Virginia (Entity ID 11014339), and has as its registered agent in Virginia Corporation Service Company, 100 Shockoe Slip FL2, Richmond, VA 23219-4100.

3. Amazon has caused tortious injury to Ming in Virginia by acts of patent infringement in the Eastern District of Virginia, in addition to having regular and established places of business in Virginia including, but not limited to, 1770 Crystal Drive, Arlington, VA, and 1901 Meadowville Technology Parkway, Chester, Virginia.

4. Jurisdiction is proper pursuant to 28 U.S.C. §1338(a). Venue is proper pursuant to 28 U.S.C. §1400(b).

## Factual Background

5. Ming is the owner, by registered assignment from the inventors, of U S Patent 9,488,325 ("the'325 patent") for Light Transmission. The '325 patent is in full force and effect and has not expired or lapsed.

6. Amazon sells products at amazon.com, and has been advised of the existence of the '325 patent, and of its infringement of claims thereof by products sold at amazon.com. This notification was provided including, but not limited to, in letters dated January 5, January 6, and February 9, 2021, sent by mail and fax to Amazon's registered agent in Virginia and to its legal department in Seattle, Washington. The letters advised Amazon of its inducement to infringe, pursuant to 35 U. S. C. §271(b), of at least claims 1-3, 6, 8, 9, 11-13, and 15 of the '325 patent.

7. The products sold by Amazon on amazon.com infringing the aforementioned claims of the '325 patent, and which Amazon has been notified of, include at least the following:

,
Brand: KABB (KABB LED Dog Collar)
ASINs: B07VCY7TGN, B07VDY6CYS, B08C77BZ5S, B07VCY8Y4X, B07VDY6SZ6 B08C778Z5S
Seller: -- Chen Haiyun,  amazon2023@yahoo.com

Brand: NASTRA (NASTRA Light Up Dog Collar)
ASIN: B08L8Q19P5
Seller: -- Zhongshan Changfeng Internet Technology Co.,LTD,  changfeng_ge@163.com

Brand: Fashion&cool (High Visible USB Rechargeable LED Collar)
ASIN: B07VMMMYFR, /B07VPQ7K1B, B07VLH43NM, B08GH7C8ZH, B08GHBNKK7, B07VQV6TX5
Seller:  -- anne wang, shopping1224@yahoo.com

Brand: RICOVO (Ricovo LED Safety Light & Ricovo LED Dog Collar)
ASIN: B07PBV7WBQ, B07S4717YD, B07P7G1KFD, B07P7FY8LN, B07PBV7BGK, B07S1ZS9HK
Seller: — Alisa_liu, alisa@ricolighting.com

Brand: Warbriie (Warbriie LED Dog Collar)
ASIN: B07MGXDPVJ, B07MDBRMPG
Seller: — Chenkaijia, wangbole2018@outlook.com

Brand: LANGMAN (LANGMAN New LED Dog Collar)
ASIN: B0833PQ81K, B0833PCNS5, B0833N7T3S, B0833PNGBM
Seller: -- Li LangMan, 18312169352mm@sina.com

Brand: Glamville (Dog Collar Light Up Pet Dog Puppy Adjustable USB Rechargeable LED Light Glowing Collar Neck Strap)
ASIN: B083554Q22
Seller: -- Na Li, srtntrsecvy@sina.com

Brand: TrueColor (LED Dog Collar, USB Rechargeable Light Up Collar Cut to Fit Any Size - Rechargeable Battery - Increased Visibility & Safety for Your Pets)
ASIN: B083THK7WP, B083TH14TV, B083TBWQ57, B083TBVQKQ
Seller: TrueColor US (loudishibinggehunningtuyouxiangongsi)

Brand: HATIKY (HATIKY Light up Dog Collar,LED Dog Collar - USB Rechargeable - Dog Collar Light for The Dark,Cut to Fit Any Size & Makes Your Dog Visible, Safe & Seen)
ASIN: B08QDMZB7V, B08S3CN79N, B08QDPJRQH, B08S32CNZG
Seller: ANGIFTY, Inc. (wuhanshengfengyuanhuanbaokejiyouxiangongsi)

Brand: O3 (Jeweky LED Dog Collar with USB Rechargeable Glowing Pet Night Safety Collar Cuttable Reflective Light up Collars for Small Medium Large Dogs)
ASIN: B08MDPVQHM, B08MDRQZ86, B08MDR6LN3, B08MDS9P15
Seller: Jeweky (shenzhenshilonggangquqianyueshangmaobu)

Brand: HAWANA (LED Dog Collar 27.5 Inch USB Rechargeable Dog Walking Light TPU Cuttable Light Up Dog Collars, Glowing Dog Collar 3 Modes Safty Lights for All Small Medium Large Dogs)
ASIN: B08MSYR8JQ
Seller: HAWANA US (huizhoushishenjunshiyeyouxiangongsi)

3

    Brand: Atlecko (Atlecko Ultra Bright USB Rechargeable Light Up Dog Collar LED - Cut to Fit Size)
    ASIN: B08R69LRXN
    Seller: Atlecko (Pro Catering Supplies Limited)

    Brand: Ding Ding (LED Dog Collar USB Rechargeable, Light up Night Safety Led Pet Collar, Reusable Cuttable Adjustable Water Resistant Fit for Any Size Dogs)
    ASIN: B08RY2P377
    Seller: QQAQQ(Beatrice Fernandez Maccari)

    Brand: YoYabon (YoYabon LED Dog Collar, TPU Cuttable Dog Collar Lights 27.6" Lighted Dog Collar Adjustable 3 Flashing Modes 10 Hours Working Time Dog Safety Lights for Small Medium Large Dogs Pets )
    ASIN: B08P26P1PW, B08P24KDKW, B08P24K6W3
    Seller: Muma&Max (Haifengxian Jianhuidianzishangwuzhongxin)

8. Amazon has not terminated the infringements in response to Ming's notifications regarding the existence of the '325 patent, and that the above-mentioned products are direct infringements of at least claims 1-3, 6, 8, 9, 11-13, and 15 thereof. Rather, Amazon has continued to sell the directly infringing products on amazon.com after notification of the '325 patent and its infringement thereof. In view of its continued actions Amazon has induced infringement of claims of the '325 and is liable as an infringer pursuant to 35 U. S. C. §271(b).

9. Despite having been notified of infringement Amazon has continued to wantonly, willfully, intentionally, and without justification, infringe claims of the '325 patent and will not terminate its infringement by removing the directly-infringing products that it induces infringement of from amazon.com unless ordered to by this Court.

10. Ming has been damaged by the sale of the directly-infringing products, induced by Amazon by providing the products for sale on amazon.com, and Ming will continue to be damaged without action by this Court. Wherefore Ming asks for judgment in its favor pursuant to the following prayer for relief.

## PRAYER FOR RELIEF

A. An aware of damages adequate to compensate Ming for Amazon's infringement of the '325 patent, but not less than a reasonable royalty pursuant to 35 U. S. C. §284.

B. Due to Amazon's intentional infringement that the award of damages be trebled pursuant to 35 U. S. C. §284.

C. Due to the exceptional nature of this case an award to Ming of its attorney fees pursuant to 35 U. S. C. §285.

D. The costs of bringing this action pursuant to 35 U. S. C. §284.

E. An injunction pursuant to 35 U. S. C. §283 requiring Amazon to stop selling the directly-infringing products and to remove them from amazon.com and barring Amazon from infringing in the future.

F. At no cost to Ming delivery of all infringing products within Amazon's control to Plaintiff Ming; and

G. Such other relief as this Court deems just and proper in order to do justice and make Ming whole at law, and in equity.

<u>Jury Demand</u>

Plaintiff demands a trial by jury on all issues triable by right to a jury under the 7th Amendment of the Constitution of the United States, and Federal Rules of Civil Procedure 5(d) and 38.

Respectfully submitted,
Counsel for Plaintiff

_____//s//_____                                    February 12, 2021
Robert A. Vanderhye                                                      Date
Va. Bar #13523
801 Ridge Dr.
McLean, VA 22101-1625
703-442-0422
ravar46@yahoo.com